**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1840**

———————

JENNIFER M. MCGOWAN,

              Plaintiff – Appellant,

        v.

ABM JANITORIAL SERVICES, NORTHEAST, INC.; URSULA BASKETT,

              Defendants – Appellees,

        and

ABM JANITORIAL SERVICES - NORTH CENTRAL, INC.; ABM
JANITORIAL SERVICES - MID-ATLANTIC, INC.,

              Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:10-cv-00388-MSD-DEM)

———————

Submitted:  January 31, 2012          Decided:  February 6, 2012

———————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jennifer M. McGowan, Appellant Pro Se.  Michael R. Ward, MORRIS
& MORRIS, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this personal injury action, removed to federal court under the court's diversity jurisdiction, 28 U.S.C. § 1332 (2006), Jennifer M. McGowan appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(1) motion to dismiss for lack of jurisdiction. Having reviewed the district court's ruling de novo, Taylor v. Kellogg Brown & Root Servs., Inc., 658 F.3d 402, 408 (4th Cir. 2011), we affirm for the reasons stated by the district court. McGowan v. ABM Janitorial Servs., No. 2:10-cv-00388-MSD-DEM (E.D. Va. filed June 29 & entered June 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2